**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00189-RM-KHR

MIRIAM ZEVALLOS,

    Plaintiff,

v.

ALLSTATE PROPERTY AND CASUALTY COMPANY,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 51) of Judge Raymond P. Moore entered on March 27, 2018, it is

ORDERED that Plaintiff's Objection to the Recommendation (Doc. 48) is overruled. It is

FURTHER ORDERED that the Report and Recommendation of United States Magistrate Judge (Doc. 47) is adopted. It is

FURTHER ORDERED that Defendant's Motion for Judgment on the Pleadings (Doc. 32) is granted. It is

FURTHER ORDERED that the Complaint is dismissed with prejudice. It is

FURTHER ORDERED that judgment is entered in favor of Defendant and against Plaintiff. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 27th day of March, 2018.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   C. Pearson

C. Pearson
Deputy Clerk